

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Nathan Caruso and Jennifer Donner,
Appellant

No. 06-18-00081-CV          v.

Nathaniel Young, Appellee

Appeal from the 200th District Court of Travis County, Texas (Tr. Ct. No. D-1-GN-15-000993). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Nathan Caruso and Jennifer Donner, pay all costs of this appeal.

RENDERED NOVEMBER 9, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk